Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 1 DIRECT STAFFORD SUBSIDIZED

Loan obtained while attending the WAYLAND BAPTIST UNIVERSITY - PLAINVIEW CAMPUS

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/20/2012
Loan Period End Date: 08/10/2013

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $1,000 | $1,000 | 10/31/2013 | $8 | 10/31/2013 | FIXED | $0 | |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 06/17/2013 | $250 | IG | IN GRACE PERIOD | 08/11/2013 |
| 03/14/2013 | $250 | IA | LOAN ORIGINATED | 11/02/2012 |
| 12/03/2012 | $250 | | | |
| 11/02/2012 | $250 | | | |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA) PO BOX 530210 ATLANTA GA 303530210 800-699-2908 accountinfo@myfedloan.org  www.myfedloan.org |

Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 2 DIRECT STAFFORD UNSUBSIDIZED

Loan obtained while attending the WAYLAND BAPTIST UNIVERSITY - PLAINVIEW CAMPUS

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/20/2012
Loan Period End Date: 08/10/2013

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $6,000 | $6,000 | 10/31/2013 | $313 | 10/31/2013 | FIXED | $0 | |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 06/17/2013 | $1,500 | IG | IN GRACE PERIOD | 08/11/2013 |
| 03/14/2013 | $1,500 | IA | LOAN ORIGINATED | 09/07/2012 |
| 12/03/2012 | $1,500 | | | |
| 09/07/2012 | $1,500 | | | |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA)<br>PO BOX 530210<br>ATLANTA<br>GA 303530210<br>800-699-2908<br>accountinfo@myfedloan.org  www.myfedloan.org |

Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 3 DIRECT STAFFORD SUBSIDIZED
Loan obtained while attending the WAYLAND BAPTIST UNIVERSITY - PLAINVIEW CAMPUS

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/20/2012
Loan Period End Date: 08/10/2013

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $3,500 | $3,500 | 10/31/2013 | $27 | 10/31/2013 | FIXED | $0 | |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 06/17/2013 | $875 | IG | IN GRACE PERIOD | 08/11/2013 |
| 03/14/2013 | $875 | IA | LOAN ORIGINATED | 09/07/2012 |
| 12/03/2012 | $875 | | | |
| 09/07/2012 | $875 | | | |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA)<br>PO BOX 530210<br>ATLANTA<br>GA 303530210<br>800-699-2908<br>accountinfo@myfedloan.org www.myfedloan.org |

Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 4 DIRECT STAFFORD UNSUBSIDIZED
Loan obtained while attending the SAN ANTONIO COLLEGE

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/22/2011
Loan Period End Date: 05/12/2012

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $5,000 | $5,000 | 10/31/2013 | $687 | 10/31/2013 | FIXED | $0 | |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 01/07/2012 | $2,500 | IG | IN GRACE PERIOD | 08/11/2013 |
| 08/12/2011 | $2,500 | IA | LOAN ORIGINATED | 08/12/2011 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA) PO BOX 530210 ATLANTA GA 303530210 800-699-2908 accountinfo@myfedloan.org www.myfedloan.org |

Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 5 DIRECT STAFFORD SUBSIDIZED
Loan obtained while attending the SAN ANTONIO COLLEGE

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/22/2011
Loan Period End Date: 05/12/2012

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $4,500 | $4,500 | 10/31/2013 | $0 | 10/31/2013 | FIXED | $0 | |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 01/07/2012 | $2,250 | IG | IN GRACE PERIOD | 08/11/2013 |
| 08/12/2011 | $2,250 | IA | LOAN ORIGINATED | 08/12/2011 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA) PO BOX 530210 ATLANTA GA 303530210 800-699-2908 accountinfo@myfedloan.org www.myfedloan.org |

Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 6 DIRECT STAFFORD UNSUBSIDIZED
Loan obtained while attending the SAN ANTONIO COLLEGE

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/23/2010
Loan Period End Date: 05/14/2011

### Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $6,856 | $6,856 | 10/31/2013 | $1,406 | 10/31/2013 | FIXED | $0 | |

### Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 01/08/2011 | $3,428 | IG | IN GRACE PERIOD | 08/11/2013 |
| 08/13/2010 | $3,428 | IA | LOAN ORIGINATED | 08/13/2010 |

### Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA)<br>PO BOX 530210<br>ATLANTA<br>GA 303530210<br>800-699-2908<br>accountinfo@myfedloan.org  www.myfedloan.org |

Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 7 DIRECT STAFFORD SUBSIDIZED
Loan obtained while attending the SAN ANTONIO COLLEGE

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/23/2010
Loan Period End Date: 05/14/2011

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $3,644 | $3,644 | 10/31/2013 | $0 | 10/31/2013 | FIXED | $0 | |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 01/08/2011 | $1,822 | IG | IN GRACE PERIOD | 08/11/2013 |
| 08/13/2010 | $1,822 | IA | LOAN ORIGINATED | 08/13/2010 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA)<br>PO BOX 530210<br>ATLANTA<br>GA 303530210<br>800-699-2908<br>accountinfo@myfedloan.org www.myfedloan.org |

Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 8 STAFFORD UNSUBSIDIZED
Loan obtained while attending the SAN ANTONIO COLLEGE

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/24/2009
Loan Period End Date: 05/09/2010

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $6,000 | $6,000 | 10/31/2013 | $1,615 | 10/31/2013 | FIXED | $0 | |

### Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 01/04/2010 | $3,000 | IG | IN GRACE PERIOD | 08/11/2013 |
| 09/29/2009 | $3,000 | IA | LOAN ORIGINATED | 09/15/2009 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current Servicer: | SALLIE MAE, INC.<br>220 LASLEY AVE<br>WILKES-BARRE<br>PA 18706<br>888-272-5543 |
| Current Lender: | SLM EDUCATION FINANCE CREDIT CORP.<br>2001 EDMUND HALLEY DR.<br>RESTON<br>VA 201910000 |
| Current Guaranty Agency: | USA FUNDS, INC.<br>P.O. BOX 6180<br>INDIANAPOLIS<br>IN 462066180 |

Detail Loan Information for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

Type of Loan: 9 STAFFORD SUBSIDIZED
Loan obtained while attending the SAN ANTONIO COLLEGE

Scheduled Start of Repayment: 02/11/2014
Loan Period Begin Date: 08/24/2009
Loan Period End Date: 05/09/2010

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $3,500 | $3,500 | 10/31/2013 | $0 | 10/31/2013 | FIXED | $0 | |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 01/04/2010 | $1,750 | IG | IN GRACE PERIOD | 08/11/2013 |
| 09/29/2009 | $1,750 | IA | LOAN ORIGINATED | 09/15/2009 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current Servicer: | SALLIE MAE, INC.<br>220 LASLEY AVE<br>WILKES-BARRE<br>PA 18706<br>888-272-5543 |
| Current Lender: | SLM EDUCATION FINANCE CREDIT CORP.<br>2001 EDMUND HALLEY DR.<br>RESTON<br>VA 201910000 |
| Current Guaranty Agency: | USA FUNDS, INC.<br>P.O. BOX 6180<br>INDIANAPOLIS<br>IN 462066180 |

Aid Summary for MARYLYNN FRANCIS

Your enrollment status is WITHDRAWN, effective 08/10/2013.

## Loans

**Please click on number in first column to see details**

| | Type of Loan | Loan Amount | Loan Date | Disbursed Amount | Canceled Amount | Outstanding Principal | Outstanding Interest |
|---|---|---|---|---|---|---|---|
| 1 | DIRECT STAFFORD SUBSIDIZED | $1,000 | 11/02/2012 | $1,000 | $0 | $1,000 | $8 |
| 2 | DIRECT STAFFORD UNSUBSIDIZED | $6,000 | 09/07/2012 | $6,000 | $0 | $6,000 | $313 |
| 3 | DIRECT STAFFORD SUBSIDIZED | $3,500 | 09/07/2012 | $3,500 | $0 | $3,500 | $27 |
| 4 | DIRECT STAFFORD UNSUBSIDIZED | $5,000 | 08/12/2011 | $5,000 | $0 | $5,000 | $687 |
| 5 | DIRECT STAFFORD SUBSIDIZED | $4,500 | 08/12/2011 | $4,500 | $0 | $4,500 | $0 |
| 6 | DIRECT STAFFORD UNSUBSIDIZED | $6,856 | 08/13/2010 | $6,856 | $0 | $6,856 | $1,406 |
| 7 | DIRECT STAFFORD SUBSIDIZED | $3,644 | 08/13/2010 | $3,644 | $0 | $3,644 | $0 |
| 8 | STAFFORD UNSUBSIDIZED | $6,000 | 09/15/2009 | $6,000 | $0 | $6,000 | $1,615 |
| 9 | STAFFORD SUBSIDIZED | $3,500 | 09/15/2009 | $3,500 | $0 | $3,500 | $0 |
| | Total DIRECT STAFFORD SUBSIDIZED | | | | | $12,644 | $35 |
| | Total DIRECT STAFFORD UNSUBSIDIZED | | | | | $17,856 | $2,406 |
| | Total STAFFORD UNSUBSIDIZED | | | | | $6,000 | $1,615 |
| | Total STAFFORD SUBSIDIZED | | | | | $3,500 | $0 |
| | Total All Loans | | | | | $40,000 | $4,056 |

## Grants

**Pell Lifetime Eligibility Used:** 187.526%

**Please click on number in first column to see details**

| | Award Year | Type Of Grant: | School | Disbursed Amount |
|---|---|---|---|---|
| 1 | 2012 - 2013 | FEDERAL PELL GRANT | WAYLAND BAPTIST UNIVERSITY - PLAINVIEW CAMPUS | $5,550 |
| | Total All Grants | | | $5,550 |