# U.S. Bankruptcy Court
# Western District of Texas

In re:

Case No. **21−51318−cag**

Chapter No. **7**

**DOUGLAS ALVIN FRANCIS AND MARYLYNN CRAVOTTA FRANCIS**
Debtor

Adv. Proc. No. **22−05047−cag**

**MARYLYNN CRAVOTTA FRANCIS**
Plaintiff
v.
**FEDLOAN SERVICING AND EDUCATIONALL CREDIT MANAGEMENT CORPORATION ET. AL.**
Defendant

### *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

---

**Address of Clerk**

      **Clerk, U.S. Bankruptcy Court**
      **Western District of Texas**
      **615 E. Houston St, Rm 597**
      **San Antonio, TX 78205**

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**

      **Nicholas C Inman**
      **Allmand Law**
      **860 Airport Freeway, Ste 401**
      **Hurst, TX 76054**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:**
**06/27/2022**



**Barry D. Knight, Clerk Of Court**

**continued caption:**

**Listing Of Defendant Names:**

FEDLOAN SERVICING

PO BOX 8147

HARRISBURG, PA 17105

EDUCATIONALL CREDIT MANAGEMENT CORPORATION

111 WASHINGTON AVE. SOUTH
STE 1400

MINNEAPOLIS, MN 55401

NAVIENT SOLUTIONS, LLC
CSC–LAWYERS INCORPORATING SERVICE CO.
211 E. 7TH STREET
SUITE 620

AUSTIN, TX 78701

US DEPARTMENT OF EDUCATION

400 MARYLAND AVE SW

WASHINGTON, DC 20202

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, <u>Nicholas C. Inman</u> (name), certify that service of this summons and a copy of
the complaint was made <u>8/29/22</u> (date), which is within 7 days after the summons
was issued under Federal Rule of Bankruptcy Procedure 7004(e), by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to: US Department of Education c/o United States Attorney General
950 Pennsylvania Ave, NW
Wasshington, DC 20530-009

❑ Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of
follows: [Describe briefly] _____, as

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and
not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>8/29/22</u>      Signature <u>/s/ Nicholas C. Inman</u>

Print Name: <u>Nicholas C. Inman</u>

Business Address: <u>860 Airport Fwy, Ste 401</u>

<u>Hurst, Tx 76054</u>