

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 10, 2023.**

_Craig A. Gargotta_
_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| DOUGLAS ALVIN FRANCIS | § | Case No. 21-51318-7 |
| MARYLYNN CRAVOTTA FRANCIS | § | Chapter 7 |
| Debtor(s) | § | |
| | | |
| MARYLYNN CRAVOTTA FRANCIS | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 22-05047 |
| | § | |
| United States | § | |
| Department of Education, | § | |

### AGREED FINAL JUDGMENT

ON this date came on for trial the above referenced Complaint. Prior to docket call, the parties announced an agreement resolving all remaining claims in this Adversary. Pursuant to announced agreement of the parties, the Court enters this Agreed Judgment. IT IS THEREFORE

ORDERED that all claims and debts arising from student loans held by, or guaranteed by the United States or Department of Education ("DOE"), are hereby discharged pursuant to Section 523(a)(8) of the Bankruptcy Code. It is further

ORDERED that all other claims have been previously dismissed, there are no other claims remaining in this proceeding.

### END OF ORDER ###

Agreed:

/s/ Nicholas C. Inman
Nicholas C. Inman
State Bar No. 00787747
ALLMAND LAW FIRM, PLLC
860 Airport Fwy, Ste 401
Hurst, Tx 76054
214-265-0123 Phone
214-265-1979 Fax
ATTORNEY FOR PLAINTIFF


/s/ Steven B. Bass
Steven B Bass
Assistant United States Attorney
903 San Jacinto Blvd, Ste 334
Austin, Tx 78701
(512) 916-5858/Fax (512) 916-5854
Florida State Barr No. 767300
Counsel for the United States of America